UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

DAVID SEIDEMANN,

            Plaintiff,

-against-

BARBARA BOWEN, personally and in her
capacity as President of the PCS/CUNY ,

            Defendant.

----------------------------------------------------X

**ORDER**
**02 CV 3389 (SJ)(LB)**

      An initial conference will be held in the above-captioned case pursuant to Rule 16 of the Federal Rules of Civil Procedure on September 5, 2002, at 10:00 a.m., before the undersigned, in Room 373 of the United States Courthouse at 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. Parties are advised that any request for an adjournment must be made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED:

_____
LOIS BLOOM
United States Magistrate Judge

Dated: July 29, 2002
       Brooklyn, New York



Copies to:

DAVID SEIDEMANN, Pro Se Plaintiff (w/enc. Fed. R. Civ. P. 16)
38 Garfield Avenue
North Haven, CT 06473

BRYAN D. GLASS, Esq.
JAMES R. SANDNER, Esq.
260 Park Avenue South
New York, NY 10010