RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.
NOV 6 - 2003
TIME A.M._____
P.M._____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DAVID SEIDEMAN,

        Plaintiff,

02-CV-3389 (SJ)(LB)

- against -

BARBARA BOWEN and
PSC/CUNY,

        Defendants.
-------------------------------------------------------X

## CONSENT TO MAGISTRATE JUDGE TRIAL

We hereby consent to have the above-captioned action assigned to a United States Magistrate Judge for all purposes including trial and entry of judgment.

We acknowledge that any appeal from civil cases tried by magistrate judges with the consent of the parties will be heard only in the United States Court of Appeals. 28 U.S.C. § 636(c)(3).

_____
Plaintiff or Counsel for Plaintiff

_____
Defendant or Counsel for Defendant

_____

SO ORDERED.

Brooklyn, New York
Dated: Nov. 19, 2003