

**NYSUT**

New York State United Teachers

Office of General Counsel
James R. Sandner, General Counsel

**Albany**
Rocco. A. Solimando
Assistant General Counsel

Ivor R. Moskowitz
Associate General Counsel

**New York**
Claude I. Hersh
Associate General Counsel

Stuart I. Lipkind
Associate General Counsel

Richard A. Shane
Associate General Counsel

FILED
IN CLERK'S OFFICE
APR 16 2004
TIME A.M. _____

April 8, 2004

*Via Express Mail*

Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Seidemann v. Bowen *et al.*,
02 CV 3389 (SJ)(LB)
Our File No. 57900-F202

*The Court notes plaintiff's objection, but grants defendants' request for an extension of time and approves the revised motion schedule as set forth below.*

*So Ordered:* /s/
Lois Bloom
U.S. Magistrate Judge
April 12, 2004

Dear Magistrate Judge Bloom:

I write on behalf of defendants Barbara Bowen and PSC/CUNY in the above-referenced action seeking a three-week extension of time for the service and filing of all motions, responses, and replies on the following bases: first, Plaintiff raises a number of issues in his Third Amended Complaint which behooves counsel to seek additional information from Defendants in order to complete Defendants' Motion to Dismiss; second, due to scheduling conflicts resulting from holiday observances and the CUNY academic calendar, counsel is unable to meet further with Defendants until the week of April 18; and third, Defendants' counsel respectfully submits that it is in the interest of judicial economy to grant the parties an extension of time for the purpose of narrowing further the issues before the Court.

Plaintiff does not consent this request for an extension of time and has made it clear to counsel that he would prefer that the parties adhere to the original briefing schedule.

Thus, Defendants respectfully request that the Court grant an extension of time for the filing and service of all motions, responses, and replies as follows:

| | |
|---|---|
| 5/6/04 | Each Party's Motion Due to be Served and Filed |
| 6/22/04 | Each Party's Response Due to be Served and Filed |
| 7/22/04 | Each Party's Reply Due to be Served and Filed |

.NYC-Legal:81563.1    52 Broadway, 9th Floor, New York, NY 10004 • (212) 533-6300

*Affiliated with the American Federation of Teachers, AFL-CIO • Representing teachers and other professionals, school-related professionals, higher education professionals, health care professionals, and retirees*

C/rl

The parties are amenable to oral argument of these motions if the Court would find it helpful.

Thank you for your consideration.

Respectfully submitted,

JAMES R. SANDNER

By: CHRISTOPHER M. CALLAGY (CC-5115)
Associate Senior Counsel

CMC/dd
c: David Seidemann, Plaintiff *pro se* (*via express mail*)
38 Garfield Avenue
North Haven, Ct 06473