

**nysut**
New York State United Teachers

Office of General Counsel
James R. Sandner
General Counsel

Albany
Richard E. Casagrande
Associate General Counsel

Ivor R. Moskowitz
Associate General Counsel

New York
Claude T. Hersh
Associate General Counsel

Stuart I. Lipkind
Associate General Counsel

Richard A. Shane
Associate General Counsel

09/08/2004 15:38 FAX                                                    ☒002/002

FILED
IN CLERKS OFFICE
U.S.                    N.Y.
★ SEP 13 2004 ★
P.M. _____
TIME A.M. _____

September 8, 2004

*VIA EXPRESS MAIL & FACSIMILE*

Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Seidemann v. Bowen *et al.*,
      02 CV 3389 (SJ)(LB)
      Our File No. 57900-F202

The application is
SO ORDERED.

✓ granted. Over plaintiff's
  denied. objection.
The schedule for
submission of
the complete
motions is
extended to
September 24, 2004.

Lois Bloom, U.S.M.J.
Dated: September 8, 2004
Brooklyn, New York

Dear Magistrate Judge Bloom:

I write on behalf of defendants Barbara Bowen and PSC/CUNY in the above-referenced action to request a two-week extension of time for filing the fully-briefed motions which would make the new deadline September 24.

Mr. Seidemann objects to any extension.

I request the extension for purposes of ensuring that defendants' motion is complete when filed. At present, I am awaiting certain information from my clients who have only recently returned from summer vacation. Please let me know if anything further information is required.

Thank you for your consideration.

Respectfully submitted,

JAMES R. SANDNER

By: _____
CHRISTOPHER M. CALLAGY (CC-5115)
Associate Senior Counsel

CMC/dd
c:  David Seidemann, Plaintiff *pro se* (*via express mail*)

52 Broadway, 9th Floor • New York, N.Y. 10004 • (212) 533-6300

*Affiliated with the American Federation of Teachers, AFL-CIO • Representing teachers and other professionals, school-related professionals, higher education professionals, health care professionals, and retirees*



CM



**New York State United Teachers**

Office of General Counsel
James R. Sandner
General Counsel

**Albany**
Rocco. A. Solimando
Assistant General Counsel

Ivor R. Moskowitz
Associate General Counsel

**New York**
Claude L Hersh
Associate General Counsel

Stuart I. Lipkind
Associate General Counsel

Richard A. Shane
Associate General Counsel

## FAX ALERT

Date  9/8/04            Time  3/25

To  Hon. Lois Bloom      Fax No.  718-260-4596

From  Christopher Callagy
NYSUT LEGAL DEPARTMENT

Fax No.   212-995-2347
Phone No. 212-533-6300

Number of Pages  2
(Including this page)

Message: _____

_____

_____

_____

Reply: _____

_____

_____

_____

OPERATOR

**PLEASE NOTE:** THIS OFFICE DOES NOT CONSENT TO SERVICE OF LEGAL PROCESS BY FAX OR ANY OTHER ELECTRONIC MEANS.

UNLESS OTHERWISE INDICATED, THE INFORMATION CONTAINED IN THIS FACSIMILE IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR ARE NOT SURE WHETHER IT IS PRIVILEGED, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT 212-533-6300 AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS BELOW. THANK YOU.

52 Broadway, 9th Floor, New York, NY 10004 • (212) 533-6300

*Affiliated with the American Federation of Teachers. AFL-CIO - Representing teachers and other professionals. school-related professionals, higher education professionals, health care professionals, and retirees*