UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAVID SEIDEMANN,

                          Plaintiff,

-against-

BARBARA BOWEN, personally and in her
capacity as President of PSC/CUNY (Professional
Staff Congress/City University of New York);
PSC/CUNY (Professional Staff Congress/City
University of New York),

                          Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 3389 (LB)

NOV 2 3 2005

      An Order of Honorable Lois Bloom, United States Magistrate Judge, having been filed on November 18, 2005, denying plaintiff's motion for summary judgment; granting defendants' cross-motion for summary judgment; directing the Clerk of Court to enter judgment dismissing the action; and ordering that each party shall bear their own costs; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's motion for summary judgment is denied; that defendants' cross-motion for summary judgment is granted; that judgment is hereby entered dismissing the action; and that each party bear their own costs.

Dated: Brooklyn, New York
       November 18, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court