UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAVID SEIDEMANN,

                Plaintiff,

    -against-

BARBARA BOWEN, personally and in her
capacity as President of PSC/CUNY
(PROFESSIONAL STAFF CONGRESS/
CITY UNIVERSITY OF NEW YORK); and
PSC/CUNY,

                Defendants.

-------------------------------------------------------------X

**ORDER**
**02 CV 3389 (LB)**

**BLOOM, United States Magistrate Judge:**

On August 1, 2007, the Court of Appeals reversed this Court's grant of summary judgment to defendants and remanded this matter for further proceedings. Accordingly, the Court shall hold a status conference in this case on September 10, 2007 at 3:00 p.m. in Courtroom 4C on the 4th floor of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No request for an adjournment shall be accepted unless the party first contacts the other side to obtain consent. Any request to the Court for an adjournment must be received in writing, on notice to the other side, at least forty-eight (48) hours before the scheduled conference.

SO ORDERED:

/S/

LOIS BLOOM
United States Magistrate Judge

Dated: August 10, 2006
       Brooklyn, New York