UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

David Seidemann,

               *Plaintiff,*

   - against -

Barbara Bowen and the Professional Staff Congress,

              *Defendants.*

Case No. 02-cv-03389-LB

Hon. Lois Bloom, M.J.

## STIPULATION OF SETTLEMENT

IT IS HEREBY STIPULATED, by and between the parties, as follows:

1. By check payable to Davis Polk & Wardwell, Defendant PSC shall pay, on or before January 29, 2010, $198,000.00 for the attorney's fees awarded by this Court on August 4, 2008 and the taxable costs awarded or accrued in the Second Circuit and the District Court through March 2008, plus post-judgment interest.

2. By check payable to Jones Day, PSC shall pay, on or before January 29, 2010, $51,000.00 for attorney's fees and taxable costs accrued on the second appeal in this action.

3. By check payable to David Seidemann, Defendant PSC shall pay, on or before January 29, 2010: (a) $477.00 for the docketing fees incurred while Plaintiff was *pro se*, plus post-judgment interest; and (b) $523.00 as a compromise amount of refundable agency fees for fiscal years 2008/09 and 2009/10.

4. Defendants, by separate order, consent to the entry of a final judgment for Plaintiff and against PSC on the claims remanded by the Court of Appeals on October 15, 2009.

5. Performance of the terms set forth in paragraphs 1-4 shall result in a final settlement of the claims, fees, and costs in this litigation as follows: (a) Plaintiff and his counsel

shall release Defendants from any and all additional attorneys' fees and costs, including taxable costs, that have accrued from the inception of this action through the date of this Stipulation; and (b) Plaintiff shall dismiss with prejudice any other agency fee claims he may have accrued from commencement of his action through the end of fiscal year 2009/10.

_____
Phineas E. Leahey
JONES DAY
222 East 41st Street
New York, New York  10017
*Counsel of Record for Plaintiff*

Todd R. Geremia
*Of Counsel*
JONES DAY
222 East 41st Street
New York, New York 10017

*Attorneys for Plaintiff*

_____
Christopher M. Callagy
NEW YORK STATE UNITED TEACHERS
52 Broadway, 9th floor
New York, N.Y. 10004
*Counsel of Record for Defendants*

SO ORDERED this _____ day of December 2009

_____
Lois Bloom
*United States Magistrate Judge*