UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

David Seidemann,

          *Plaintiff,*

- against -

Barbara Bowen and the Professional
Staff Congress,

          *Defendants.*

Case No. 02-cv-03389-LB

Hon. Lois Bloom, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ DEC 23 2009
TIME A.M. P.M.

## **CONSENT ORDER AND JUDGMENT**

On December 16, 2009, the parties entered into a Stipulation of Settlement, which: (1) resolved Plaintiff's remanded claims in their entirety; (2) PSC agreed to pay attorney's fees and taxable costs in the amount of $249,477.00, plus $523.00 to Plaintiff as an advanced refund for fiscal years 2008/09 and 2009/10; and (3) Defendants consented to, and the Court hereby directs the Clerk to enter, judgment for Plaintiff as follows:

1. Judgment shall be entered for Plaintiff on all of his remanded chargeability claims for fiscal years 2002/03-2007/08.

2. Judgment shall be entered for Plaintiff on his claim for prospective relief and PSC shall no longer charge dissenting nonmembers for AFT's media communications concerning educational reform.

3. The parties waive their right to appeal or otherwise move for relief from this Consent Order and Judgment.

4. This Court retains jurisdiction over this litigation for purposes of enforcing this Consent Order and Judgment.

5. This Consent Judgment and Order, together with the Stipulation dated December 16, 2009, finally resolves this action between Plaintiff and Defendants as well as any claims that may have accrued to Plaintiff through the end of fiscal year 2009/10.

_____
Phineas E. Leahey
JONES DAY
222 East 41st Street
New York, New York 10017
*Counsel of Record for Plaintiff*

_____
Christopher M. Callagy
NEW YORK STATE UNITED TEACHERS
52 Broadway, 9th floor
New York, N.Y. 10004
*Counsel of Record for Defendants*

Todd R. Geremia
*Of Counsel*
JONES DAY
222 East 41st Street
New York, New York 10017

*Attorneys for Plaintiff*

SO ORDERED this 22nd day of December 2009

_____
Lois Bloom
*United States Magistrate Judge*

2